# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————————

No. 1D21-1417

———————————————————

HENRY L. MURRAY,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

———————————————————

On appeal from the Circuit Court for Alachua County.
James M. Colaw, Judge.

September 15, 2021

PER CURIAM.

    AFFIRMED.

RAY, JAY, and TANENBAUM, JJ., concur.

———————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————————

Henry L. Murray, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.